# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BRADLEY R. CONROY**,<br><br>Plaintiff,<br><br>v.<br><br>**RIDGE TOOL COMPANY, ET AL.**,<br><br>Defendants. | Case No. 4:20-cv-05882-YGR<br><br>**ORDER REQUIRING PARTIES TO FILE A JOINT PROTECTIVE ORDER AND FOR DEFENDANT RIDGE TOOL COMPANY TO PRODUCE DOCUMENTS**<br><br>Re: Dkt. No. 54 |

On June 25, 2021, plaintiff Bradley R. Conroy and Defendant Ridge Tool Company filed a joint discovery letter (Dkt. No. 54), regarding their disputes over plaintiff's failure to agree to a protective order and defendant's failure to produce documents. Having read and considered the parties' submission, the Court orders the following:

The parties shall file a joint protective order by **THURSDAY, JULY 1, 2021 AT NOON**. The parties are instructed to use the Northern District's Model Protective Order and to modify it to include this Court's standard language regarding discovery disputes. Defendant Ridge Tool Company shall produce its documents within 48 hours of the Court entering the protective order or by noon the next business day, whichever is later. The parties are advised that in the future, if they cannot solve these minor disputes without the Court's intervention, the parties will be subject to appropriate sanctions.

This Order terminates Docket Number 54.

**IT IS SO ORDERED.**

Dated: June 29, 2021

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**