MICHAEL G. KING (SBN 145477)
GRACE M. LAU (SBN 312977)
HENNELLY & GROSSFELD LLP
4640 Admiralty Way, Suite 850
Marina del Rey, CA  90292
Telephone:  (310) 305-2100
Facsimile: (310) 305-2116
mking@hgla.com
glau@hgla.com

Attorneys for Defendants
RIDGE TOOL COMPANY, aka RIDGID
TOOL COMPANY, aka RIDGID;
FERGUSON ENTERPRISES, INC.; and
CAL STEAM, INC., aka CAL STEAM
SUPPLY, aka WIA OF CALIFORNIA, INC.

**DENIED**
Judge Yvonne Gonzalez Rogers
11/15/21

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| BRADLEY R. CONROY,<br><br>  Plaintiff,<br><br>vs.<br><br>RIDGE TOOL COMPANY, aka RIDGID TOOL COMPANY, aka RIDGID; CAL STEAM, INC., aka CAL STEAM SUPPLY, aka WIA OF CALIFORNIA, INC.; FERGUSON ENTERPRISES, INC.; and DOES 1 through 50, inclusive,<br><br>  Defendants. | **CASE NO. 4:20-cv-05882-YGR**<br>(State Case No. CGC-20-582949)<br><br>**ORDER DENYING STIPULATION TO EXTEND THE EXPERT DISCOVERY CUTOFF, FILING AND HEARING DEADLINES FOR DISPOSITIVE AND DAUBERT MOTIONS**<br><br>Assigned to U.S. District Judge Yvonne Gonzalez Rogers<br><br>Complaint Filed: 2/14/20 (State Court)<br>Removal Filed: 8/20/20 (Federal Court)<br>FAC Filed: 1/7/21 (Federal Court)<br>Trial Date: April 4, 2022 |

/ /

/ /

/ /

Plaintiff BRADLEY R. CONROY ("Plaintiff") and Defendant RIDGE TOOL COMPANY ("Defendant") propose the following stipulation to extend the expert discovery deadline from November 15, 2021 to December 10, 2021, the last day to file dispositive and Daubert motions be moved from December 7, 2021 to January 10, 2022 and the last day for hearings regarding such motions be moved from January 11, 2022 to February 15, 2022.

WHEREAS:

1. This is a products liability case removed from state court on diversity grounds.

2. On December 14, 2020, the Court's Case Management and Pretrial Order set the expert discovery cutoff on October 11, 2021 and the filing deadline for dispositive and Daubert motions on November 2, 2021. (ECF No. 33).

3. On August 27, 2021, the Court's Order of Vacating Case Management Conference granted the parties' request to move the last day to file dispositive and Daubert motions to December 7, 2021 and the last day for hearings on such motions to January 11, 2022. (ECF No. 59).

4. On September 2021, the Court granted the Parties' stipulation to move the expert discovery cutoff to November 15, 2021. (ECF No. 59).

5. The final pretrial conference is set for March 18, 2022 and the trial date is April 4, 2022.

6. There is good cause for extending the expert discovery cutoff because the parties have diligently proceeded with discovery but have not completed expert depositions. Plaintiff's counsel is in trial until November 5, 2021, several of Plaintiff's and Defendant's experts are unavailable for deposition until after November 15, 2021, and Plaintiff's counsel is out of the country from November 18, 2021 to November 30, 2021.

//
//

1  THEREFORE,

2  The parties stipulate and propose the last day to produce experts for deposition
3  and complete expert discovery be moved to December 10, 2021, the last day to file
4  dispositive and Daubert motions be moved to January 10, 2022 and the last day for
5  hearings regarding such motions be moved to February 15, 2022.

7  DATED: November 1, 2021                    HENNELLY & GROSSFELD, LLP

9                                              By: __/s/ Grace Lau_____
                                                   MICHAEL G. KING
10                                                 GRACE M. LAU
                                                   Attorneys for Defendants
11                                                 RIDGE TOOL COMPANY, aka
12                                                 RIDGID TOOL COMPANY, aka
                                                   RIDGID; FERGUSON
13                                                 ENTERPRISES, INC.; and
14                                                 CAL STEAM, INC., aka CAL
                                                   STEAM SUPPLY, aka WIA OF
15                                                 CALIFORNIA, INC.

17  DATED: November 1, 2021                   MICHAEL PLOCKI LAW GROUP
18                                             LAW OFFICES OF JOHN R. BOBAY

20                                              By: __/s/ Michael J. Plocki_____
21                                                 MICHAEL J. PLOCKI
                                                   JOHN R. BOBY
22                                                 Attorneys for Plaintiff
                                                   BRADLEY R. CONROY

## **ATTESTATION OF SIGNATURE**

Pursuant to Local Rule 5-1(i)(3), I certify that the content of this document is acceptable to Michael J. Plocki, counsel for Plaintiff, and I have obtained his authorization to affix his electronic signature to this document.

By: */s/     Grace M. Lau*
Grace M. Lau